*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, PENNIX, and HOUTZ
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Calixto GONZALEZ, Jr.**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 201800283**

Decided: 22 October 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary
*upon further review*

Military Judges:
Matthew J. Kent (arraignment)
Jeffrey V. Munoz (trial)

Sentence adjudged 31 May 2018 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for four years, and a dishonorable discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

On 17 December 2019, we set aside the convening authority's Action and returned the case to the Judge Advocate General for submission to an appropriate convening authority for preparation of a new Action.[1] The case has been returned to us with a new Action for completion of appellate review.

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

_____

[1] *See United States v. Gonzalez*, No. 201800283, 2019 CCA LEXIS 509 (N-M. Ct. Crim. App. Dec. 17, 2019) (unpublished order).

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.